```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 07 B 14062
   TEWONNA L WILLIAMS
                                              CHAPTER 13

                                              JUDGE: JACK B SCHMETTERER

            Debtor
   SSN XXX-XX-7620

--------------------------------------------------------------------------------
                     TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 08/06/2007 and was confirmed 03/12/2008.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was dismissed after confirmation 11/26/2008.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                             PAID          PAID
--------------------------------------------------------------------------------
UNITED AUTO CREDIT         SECURED VEHIC    4550.00         273.01         451.95
UNITED AUTO CREDIT         UNSECURED        5261.45            .00            .00
CITY OF CHICAGO PARKING    UNSECURED        4284.00            .00            .00
COMMONWEALTH EDISON        UNSECURED       NOT FILED           .00            .00
COMCAST                    UNSECURED       NOT FILED           .00            .00
COMCAST                    UNSECURED       NOT FILED           .00            .00
COMCAST CABLE              NOTICE ONLY     NOT FILED           .00            .00
PREMIER BANCARD CHARTER    UNSECURED         420.48            .00            .00
FIRST PREIMER BANK         UNSECURED       NOT FILED           .00            .00
IL DEPT OF EMPLOYMENT SE   UNSECURED        1347.00            .00            .00
JACKSON PARK TERRACE       UNSECURED       NOT FILED           .00            .00
LOAN EXPRESS CO            UNSECURED       NOT FILED           .00            .00
CASH TODAY                 UNSECURED       NOT FILED           .00            .00
MICHIGAN AVE DENT          NOTICE ONLY     NOT FILED           .00            .00
MICHIGAN AVE DENT          UNSECURED       NOT FILED           .00            .00
ORCHARD BANK               UNSECURED       NOT FILED           .00            .00
PLAINS COMMERCE BANK       UNSECURED         149.44            .00            .00
PLAINS COMMERCE BANK       UNSECURED       NOT FILED           .00            .00
POWER FUNDING              UNSECURED       NOT FILED           .00            .00
AT & T BANKRUPCTY          UNSECURED       NOT FILED           .00            .00
TIAA GREF LOAN             UNSECURED       NOT FILED           .00            .00
US DEPT OF EDUCATION       UNSECURED            .00            .00            .00
US DEPT OF EDUCATION       UNSECURED            .00            .00            .00
Z TEL COMMUNICATION INC    UNSECURED       NOT FILED           .00            .00
Z TEL COMMUNICATIONS       NOTICE ONLY     NOT FILED           .00            .00
HELLER & RICHMOND~         DEBTOR ATTY      3,404.00                       2,467.44
TOM VAUGHN                 TRUSTEE                                           277.60
DEBTOR REFUND              REFUND                                               .00

     Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                         RECEIPTS           DISBURSEMENTS

                    PAGE  1 - CONTINUED ON NEXT PAGE
     CASE NO. 07 B 14062 TEWONNA L WILLIAMS
```

```
------------------------------------------------------------------------------
TRUSTEE                                    3,470.00

PRIORITY                                                                  .00
SECURED                                                                451.95
    INTEREST                                                           273.01
UNSECURED                                                                 .00
ADMINISTRATIVE                                                       2,467.44
TRUSTEE COMPENSATION                                                   277.60
DEBTOR REFUND                                                             .00
                                      ---------------      ---------------
TOTALS                                    3,470.00              3,470.00
```

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
     Dated: 02/25/09             _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE




                              PAGE   2
          CASE NO. 07 B 14062 TEWONNA L WILLIAMS